SUSIE V. HOLLENDER, as Administratrix with the Will Annexed of JOHN A. GOODENOUGH, Deceased, Appellant, *v.* FREDERICK H. WALLACE, as Administrator of CHRISTOPHER D. WALLACE, Deceased, Respondent.

*Hollender* v. *Wallace*, 180 App. Div. 393, affirmed.

(Argued October 16, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1917, modifying and affirming as modified a judgment in favor of defendant entered upon a decision of the court on trial at Special Term. The action was brought under section 1861 of the Code of Civil Procedure and subsequent sections to establish an alleged lost will of Maria G. Wallace, deceased, which it was alleged by plaintiff had been destroyed by the husband of the alleged testatrix after the latter's death. The trial court, at the conclusion of plaintiff's case, dismissed the complaint on the ground that there was no sufficient proof of the making of the alleged lost will, that there was no sufficient proof of the contents of said alleged lost will, that there was no sufficient proof of the loss of said alleged lost will and no sufficient proof of its destruction other than by the alleged testatrix.

*John H. Hazelton* for appellant.

*John M. Scoble* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.